**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CONOCOPHILLIPS PETROZUATA B.V., CONOCOPHILLIPS GULF OF PARIA B.V., PHILLIPS PETROLEUM COMPANY VENEZUELA LIMITED, and CONOCOPHILLIPS HAMACA B.V.,          Plaintiffs,     v. GIRARD STREET INVESTMENT HOLDINGS LLC, G&A STRATEGIC INVESTMENTS I LLC, G&A STRATEGIC INVESTMENTS II LLC, G&A STRATEGIC INVESTMENTS III LLC, G&A STRATEGIC INVESTMENTS IV LLC, G&A STRATEGIC INVESTMENTS V LLC, G&A STRATEGIC INVESTMENTS VI LLC, G&A STRATEGIC INVESTMENTS VII LLC, GRAMERCY DISTRESSED OPPORTUNITY FUND, LLC, SIEMENS ENERGY, INC., THE BOLIVARIAN REPUBLIC OF VENEZUELA, PETROLEOS DE VENEZUELA, S.A., and PDV HOLDING, INC.,          Defendants. | Case No.: 1:24-cv-01140-LPS |

**DEFENDANT SIEMENS ENERGY, INC.'S
RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant Siemens Energy, Inc. ("Siemens Energy"), files this Corporate Disclosure Statement, and respectfully states as follows:

1. Siemens Energy, Inc. is a wholly owned subsidiary of Siemens Energy Global GmbH & Co. KG, which is a wholly owned subsidiary of Siemens Energy AG.

2. Siemens Energy AG, which is publicly traded in Germany, indirectly owns 10% or more of Siemens Energy, Inc.'s stock.

**COLE SCHOTZ P.C.**

*/s/ Andrew L. Cole*
Andrew L. Cole (No. 5712)
Nathaniel J. Klepser (No. 6975)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 652-3131 (Phone)
(302) 652-3117 (Fax)
acole@coleschotz.com
nklepser@coleschotz.com

*Attorneys for Defendant,*
*Siemens Energy, Inc.*

Dated: November 5, 2024

2