

Theodore A. Kittila
Halloran Farkas + Kittila LLP
5722 Kennett Pike
Wilmington, Delaware 19807
Phone: (302) 257-2025
Email: tk@hfk.law

December 26, 2024

**BY ECF**

The Honorable Leonard P. Stark
United States District Court
for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, Delaware 19801-3570

Re:  ***ConocoPhillips Petrozuata B.V., et al. v. Girard Street Investment Holdings, LLC, et al.,***
***D. Del. C.A. No. 1:24-cv-01140-LPS***

Dear Judge Stark:

I write to advise the Court that Defendants Gramercy Distressed Opportunity Fund, LLC ("**Gramercy**"); G&A Strategic Investments I LLC, G&A Strategic Investments II LLC, G&A Strategic Investments III LLC, G&A Strategic Investments IV LLC, G&A Strategic Investments V LLC, G&A Strategic Investments VI LLC, and G&A Strategic Investments VII LLC (collectively, "**G&A**"); Girard Street Investment Holdings, LLC (collectively with Gramercy and G&A, the "**Gramercy Defendants**"); and PDV Holding Inc. ("**PDVH**") have conferred with Plaintiffs with respect to the timing to answer or otherwise move or respond with respect to the Amended Complaint for Declaratory Relief (D.I. 71) (the "**Amended Complaint**").  Plaintiffs have agreed that the Gramercy Defendants' and PDVH's time to answer or otherwise move or respond with respect to the Amended Complaint is extended to **January 10, 2025**.

To the degree that the Court deems it necessary, the parties respectfully request that the Court "So Order" the memorialization of this agreement.  We remain available should the Court have any questions.

Respectfully submitted,

*/s/ Theodore A. Kittila* (DE Bar No. 3963)

Theodore A. Kittila, Attorney at Law
Halloran Farkas + Kittila LLP

*Counsel for Gramercy Distressed Opportunity Fund LLC*

cc:    Counsel of Record (By ECF)